UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACQUELINE LEE BALBACH,

    Plaintiff,

v.                                  Case No: 6:21-cv-319-GKS-MCR

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This cause comes before the Court upon Defendant, Commissioner of Social Security's, Unopposed Motion for Entry of Judgment With Remand (Doc. 26) (Motion). Defendant states in the Motion that "[u]pon remand, the Commissioner will further evaluate the Plaintiff's residual functional capacity and the State agency prior administrative medical findings, and take any other action deemed necessary." (Doc. 26:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On December 16, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 27), recommending that Defendant's Motion be

granted, the Commissioner's decision be reversed and remanded, and judgment be entered for Plaintiff.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 27) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. 26) is **GRANTED**.

3. The Commissioner's final decision is **REVERSED**, and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.

4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Jacqueline Lee Balbach, and against Defendant Commissioner of Social Security, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___3___ day of January, 2022.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties